```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 41863
   NATHANIEL HUGHES
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6680

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/10/2004 and was confirmed 01/03/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 05/07/2007.
--------------------------------------------------------------------------
                                                         INTEREST    PRINCIPAL
CREDITOR NAME                CLASS         CLAIM AMOUNT    PAID        PAID
--------------------------------------------------------------------------
HOUSEHOLD AUTOMOTIVE FIN  NOTICE ONLY    NOT FILED         .00          .00
AMERICAN GENERAL FINANCE  SECURED NOT I       .00          .00          .00
AMERICAN GENERAL FINANCE  UNSEC W/INTER   2845.52       206.89      2845.52
ONYX ACCEPTANCE CORP      SECURED        10000.00      1871.46     10000.00
ONYX ACCEPTANCE CORP      UNSEC W/INTER   3658.56       340.26      3658.56
CAPITAL ONE SERVICES      UNSEC W/INTER NOT FILED         .00          .00
CAPITAL ONE               UNSEC W/INTER NOT FILED         .00          .00
SHERMAN ACQUISITION       UNSEC W/INTER    306.11        23.81       306.11
RICHARD A SNOW            UNSEC W/INTER NOT FILED         .00          .00
ECAST SETTLEMENT CORP     UNSEC W/INTER   1834.69       130.05      1834.69
ST JAMES HOSPITAL & HEAL  UNSEC W/INTER NOT FILED         .00          .00
HOUSEHOLD AUTOMOTIVE FIN  SECURED             .00          .00          .00
ZALUTSKY & PINSKI         REIMBURSEMENT    194.00          .00       194.00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY    2,700.00                   2,700.00
TOM VAUGHN                TRUSTEE                                   1,315.47
DEBTOR REFUND             REFUND                                      881.18

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               26,308.00

PRIORITY                                       194.00
SECURED                                     10,000.00
     INTEREST                                1,871.46
UNSECURED                                    8,644.88
     INTEREST                                  701.01
ADMINISTRATIVE                               2,700.00
TRUSTEE COMPENSATION                         1,315.47
DEBTOR REFUND                                  881.18
                      --------------     --------------

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 41863 NATHANIEL HUGHES
```

```
TOTALS                                  26,308.00              26,308.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/13/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```